UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

__X__ This is an amended motion to modify

Debtor(s): Craig A. Turner                               Case No: 16-11385
         Karen L. Turner

**DEBTOR(S)' MOTION TO MODIFY CONFIRMED PLAN Dated:** 06/07/2017

IF AN ONLY IF AN OBJECTION IS FILED, A HEARING IS HAS BEEN SET ON THIS MOTION AT 9:30 A.M. ON __July 11, 2017__ AT COURTROOM FOUR, SHREVEPORT, LOUISIANA.

OBJECTIONS TO MODIFICATIONS MUST BE FILED AND SERVED WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF SERVICE OF THE MOTION TO MODIFY, OR AS OTHERWISE NOTICED BY THE TRUSTEE OR ORDERED BY THE COURT. OBJECTIONS TO MODIFICATION OF A CONFIRMED PLAN SHALL BE IN WRITING, FILED AND SERVED ON THE DEBTOR, THE DEBTOR'S ATTORNEY, THE TRUSTEE AND THE UNITED STATES TRUSTEE. THE OBJECTION SHALL CONFORM TO THE REQUIREMENTS OF AN OBJECTION TO A CHAPTER 13 PLAN. PLANS THAT APPEAR TO THE COURT TO MEET ALL STATUTORY TEST FOR CONFIRMATION AND TO WHICH NO OBJECTIONS TO CONFIRMATION HAVE BEEN FILED MAY BE CONFIRMED ON THE CONSENT DOCKET WITHOUT ACTUAL PRESENTATION AND A HEARING WILL NOT BE HELD.

The Debtor(s) file this Motion to Modify their confirmed plan.

1. HISTORY OF CASE.

    This case was filed on:                         08/12/2016

    The plan was confirmed on:                      01/09/2017

    The plan has previously been modified by order(s) entered on the following dates:

    __N/A__

2. REASON FOR MODIFICATION:

    Debtor received a motion to lift filed by First Minden Autoplex. Debtors are amending their chapter 13 plan to include monthly payments to First Minden Autoplex. Debtors received an objection from the Trustee. They are amending their plan to correct the Till Rate to Ally.

3. PLAN PAYMENTS UNDER CONFIRMED PLAN. The current plan (as modified through

this date) requires payments as follows:

    Months:   1-2        Payments:   $1,359.00
    Months:   3-4        Payments:   $1,528.00
    Months:   5-60        Payments:   $1,536.00

4. PAYMENTS PREVIOUSLY MADE. As of the date this motion was filed, the Debtor(s) have made payments to the Chapter 13 trustee totaling:

            $ 14,921.82

5. FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED). The proposed modified plan requires future payments as follows:

    Months:   10-60        Payments:   $1,763.00

6. CURRENT DEFAULTS. The Debtor(s) are currently in default on payments to the chapter 13 trustee as follows:

Dollar amount in default:      $ 00.00

Number of months in default:    N/A

Last payment made:       06/05/2017

Amount of last payment:      $ 440.58

7. PROPOSED PLAN MODIFICATIONS:
  All payment defaults set forth in paragraph 6 are cured by this modification.

  No

8. UNSECURED DIVIDEND

The previous unsecured dividend was:       $ 15,150.00

The proposed unsecured dividend in this modification is:   $3,957.70

9. PROPOSED PLAN SUMMARY. A proposed Plan Modification Summary is attached hereto and incorporated by reference.

10. INTERIM PAYMENTS. Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the court.

11. BUDGET. The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are contemporaneously filed with this Motion. Debtor has provided 60 days for pay stubs tot he Chapter 13 for income verification.

12. ATTORNEYS' FEES (Check one):

   __X__  Debtor(s)' counsel shall be paid $00.00 as a fixed fee for this modification. This box may not be checked if the modification was proposed within 120 days fo the date on which the plan was confirmed.

   _____  If Debtor(s)' counsel seeks compensation, a separate application will be filed. If no application is filed, no compensation will be paid.

                                    Respectfully submitted,

                                    /s/ Jessica P. Johnston
                                  Attorney Signature

                                Debtors' Attorney Name: Jessica P. Johnston
                                Address: 4070 Highway 80 East
                                City, State, Zip: Haughton, LA 71037
                                Phone: (318) 949-5999

_/s/_ Craig Turner   Date: ___June 07, 2017_____
Debtor Signature

__/s/ Karen Turner__   Date: June 07, 2017
Debtor Signature

Disposable Income and Plan Payments

| (1) Total Pre Modification Payments to Trustee | | | | | | $14,921.82 |
|---|---|---|---|---|---|---|
| (A) Projected Schedule I Income (as shown on most recently filed Schedule I) | (B) Projected Schedule J Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Modified Plan Payment Beginning Month # | (E) Modified Plan Payment Ending Month # | (F) Modified Plan Monthly Payment Amount | (I) Total Monthly Trustee Payment (#months x F) |
| $4,134.83 | $2,371.83 | $1,763.00 | 10 | 60 | $1,763.00 | $89,913.00 |

*Variable Payments, if needed*

| 2. Grand Total of All Payments | (Sum #1 + All Column I) | $104,834.82 |
|---|---|---|
| 3. Less Posted Chapter 13 Trustee Fee | (#2 x Trustee Fee) | $ 7,338.44 |
| 4. Net Available | (#2 - #3) | $ 97,496.38 |

5. Projected Trustee Disbursements to Priority and Secured Creditors   *(Repeat as Necessary)*

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or None, if appropriate) | (J) Total Pre-Modification Payments by Trustee |
|---|---|---|---|
| Select Portfolio | Secured | Principal Residence: 711 Drew Lane Minden, LA 71055 | $5,929.90<br><br>(8 Post Petition Mortgage Payments in the amount of $653.36 and one post petition payment in the amount of $864.87 for a total of $6,091.75) |

Proposed Post-Modification Payments:

| Amount Due: | Interest Rate: | Beginning Month: | Ending Month: | Minimum Payment Amount | (K) Total Payments |
|---|---|---|---|---|---|
| $161.85 | N/A | 10 | 60 | Pro Rata | $161.85 |
| 6. Grand Total for this Creditor | | | *(J + K)* | | $ 6,091.75 |
| | | | | | |

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or None, if appropriate) | (J) Total Pre-Modification Payments by Trustee |
|---|---|---|---|
| Select Portfolio | **Secured** | Principal Residence: 711 Drew Lane Minden, LA 71055 | **$00.00** |

Proposed Post-Modification Payments:

| **Amount Due:** | **Interest Rate:** | **Beginning Month:** | **Ending Month:** | **Minimum Payment Amount** | **(K) Total Payments** |
|---|---|---|---|---|---|
| **$44,267.37** | **N/A** | **10** | **10** | **$864.87** | **$44,267.37 *Ongoing Monthly Mortgage Payments** |
| | | **11** | **60** | **$868.05** | |
| **6. Grand Total for this Creditor** | | | **(J + K)** | | **$44,267.37** |
| | | | | | |

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or None, if appropriate) | (J) Total Pre-Modification Payments by Trustee |
|---|---|---|---|

| Select Portfolio | **Secured** | Principal Residence:<br>711 Drew Lane<br>Minden, LA 71055 | **$00.00** |
|---|---|---|---|

Proposed Post-Modification Payments:

| **Amount Due:** | **Interest Rate:** | **Beginning Month:** | **Ending Month:** | **Minimum Payment Amount** | **(K)**<br>**Total Payments** |
|---|---|---|---|---|---|
| **$4,185.01** | **N/A** | **10** | **60** | **Pro Rata** | **$4,185.01**<br>***Pre-Petition**<br>**Mortgage Arrears** |
| **6. Grand Total for this Creditor** | | | *(J + K)* | | **$ 4,185.01** |
| | | | | | |

| **Name of Holder** | **Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims)** | **Description of Collateral (or None, if appropriate)** | **(J)**<br>**Total Pre-Modification Payments by Trustee** |
|---|---|---|---|
| **Ally Financial** | **Secured** | **2015 Nissan Juke** | **$1,884.19** |

Proposed Post-Modification Payments:

| **Amount Due:** | **Interest Rate:** | **Beginning Month:** | **Ending Month:** | **Minimum Payment Amount** | **(K)**<br>**Total Payments** |
|---|---|---|---|---|---|
| **$23,560.40** | **5.5%** | **10** | **60** | **$517.24** | **$26,379.36** |
| **6. Grand Total for this Creditor** | | | *(J + K)* | | **$ 28,263.55** |
| | | | | | |

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or None, if appropriate) | (J) Total Pre-Modification Payments by Trustee |
|---|---|---|---|
| **Minden Autoplex** | **Lease** | **2007 Dodge Ram** | **$1,762.88** |

Proposed Post-Modification Payments:

| Amount Due: | Interest Rate: | Beginning Month: | Ending Month: | Minimum Payment Amount | (K) Total Payments |
|---|---|---|---|---|---|
| **$5,768.12** | **00.00** | **10** | **53** | **$167.36** | **$5,768.12** |
| **6. Grand Total for this Creditor** | | | *(J + K)* | | **$ 7,531.00** |
| **7. Grand Total to All Secured and Priority Creditors** *(sum of all of #6)* | | | | | **$ 90,338.68** |

**SUMMARY OF PAYMENTS**

| Net Available to Creditors (Must Equal Net Available from #4 Above) | $97,496.38 |
|---|---|
| Less Estimated Attorney's Fees | $3,200.00 |
| Less Total to Priority Creditors | $00.00 |
| Less Total to Secured Creditors | $90,338.68 |
| Net Available for Unsecured Creditors | $3,957.70 |
| Estimated General Unsecured Claims | $18,691.37 |
| Forecast % Dividend on General Unsecured Creditors | 21% |

**BEST INTEREST TEST**

| Value of Total Non-Exempt Property | $205.00 |
|---|---|

| Total Distributions to All Priority and General Unsecured Creditors | $3,957.70 |

## Certificate of Service

Debtor(s) Motion to Modify has been served on the following parties by first class mail or electronically by ECF filing this June 07, 2017.

/s/ Jessica P. Johnston for
Attorney

Service List:

Todd Johns
Chapter 13 Trustee
P.O. Box 1770
Shreveport, LA 71166

United States Trustee
U.S. Courthouse
300 Fannin St. Suite 3196
Shreveport LA 71101

Craig & Karen Turner
711 Drew Lane
Minden, LA